IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

NO. 13-CR-6159-FPG

-vs-

MATTHEW D. KING,

            Defendant.

## GOVERNMENT'S MOTION TO REVOKE DEFENDANT'S RELEASE ORDER

The United States of America, by and through its attorney, William J. Hochul, Jr., United States Attorney for the Western District of New York, Craig R. Gestring, Assistant United States Attorney, of counsel, pursuant to 18 U.S.C. §3148, moves the Court to revoke defendant MATTHEW KING'S pretrial release order and to order that the defendant be detained pending sentencing. The grounds for this motion are set forth in the Pre-Trial Violation Report dated March 25, 2014 (redacted and attached hereto as Exhibit-1), which was prepared by the United States Probation Department.

The government submits that there is clear and convincing evidence that while awaiting trial in this matter, the defendant violated conditions of his release. Specifically, the defendant had unsupervised contact with a minor, failed to report that contact, and failed to report his March 17, 2014 contact with the Greece Police Department (see Exhibit-2, Redacted Greece Police Report, dated March 17, 2014).

Therefore, because there are no conditions of release which would assure that the defendant will not continue to violate his release conditions, flee, further obstruct justice, or pose a danger to any other person or the community, the government respectfully requests that the Court revoke the defendant's pretrial release order, and order that the defendant be detained pending sentencing.

Dated:  Rochester, New York, March 25, 2014.

                                        Respectfully submitted,

                                        WILLIAM J. HOCHUL, Jr.
                                        United States Attorney

BY:    /s/Craig R. Gestring
        CRAIG R. GESTRING
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        100 State Street, Room 500
        Rochester, New York, 14614
        (585) 399-3900
        Craig.Gestring@usdoj.gov