# EXHIBIT 1

# United States District Court

## for

## The Western District of New York

## Violation Report of Defendant Under Pretrial Supervision

Date: March 25, 2014

Name of Defendant: Matthew King                Case Number: 0209 6:13-00621M

Name of Judicial Officer: Honorable Jonathan W. Feldman, U.S. Magistrate Judge

Charge: Knowingly use the Internet, a facility or means of interstate commerce, in an attempt to persuade, induce or entice a child under the age of 18 to engage in sexual activity; Title 18 U.S.C. § 2422

Initial Appearance Date: October 7, 2013

Release Date: October 7, 2013

Bail: Personal Recognizance and Pretrial Supervision

### NONCOMPLIANCE SUMMARY

The defendant has not complied with the following condition(s) of release:

**Violation Number** | **Nature of Noncompliance**

1/Special Condition   The defendant shall not have any contact with any child under the age of 18 without the direct supervision of a responsible adult. If the defendant has inadvertent contact with a child under the age of 18, it is to be immediately reported to the U.S. Probation Office.

**Circumstances:** On March 17, 2014 the defendant was observed by Rochester Police officers visiting with a 17 year old subject, W███ M███. M███ was observed getting into the passenger side of the defendant's vehicle. He remained there for approximately 10 minutes. At that time M███ exited the vehicle. The defendant's car was stopped for a traffic violation and King was interviewed by officers. He stated to officers that he parked at the Stone Road/Almay Road intersection to meet a friend (M███). Mr. King further stated that he used to work at Hillside and befriended M███ through his employment there.

**RE:** Matthew King
0209 6:13-00621M

| **Violation Number** | **Nature of Noncompliance** |

2/Special Condition    Report immediately, to Pretrial Services any contact with any law enforcement personnel, including, but not limited to, any arrest questioning, or traffic stop.

**Circumstances:** The defendant did not notify this officer of this police contact. However, he did call and spoke to this officer on March 24, 2014 and said he would like to see me on March 25, 2014 to discuss something.

**Adjustment to Pretrial Supervision:**

The above noted defendant has generally complied with conditions of pretrial release.

**Recommendation:**

It is respectfully recommended that a warrant be issued and the defendant's release be revoked.

        I declare under penalty of perjury that the foregoing is true and correct.

        Executed on March 25, 2014

        Signed by:_____
            David A. Varalli
            Senior U.S. Probation Officer
            Rochester, NY

Approved by:

*[signature]*

TIMOTHY C. ENGLERTH
Supervising U.S. Probation Officer

cc:    Craig Gestring, Assistant U.S. Attorney
       Mark Hosken, Defense Counsel

# United States District Court
## For
## The Western District of New York

## Court Order

Date: March 25, 2014

Defendant's Name: Matthew King                Docket Number: 6:13-00621M-001

Honorable Jonathan W. Feldman, U.S. Magistrate Judge

---

THE COURT ORDERS:

☐   No Action

☐   The Issuance of a Warrant

☐   The Issuance of a Summons

☐   Other


_____
Signature of Judicial Officer


_____
Date


Title 18 United States Code, Section 3154(5), Bail Violations

Defendant's Current Address:

Matthew King
111 Sunset Street

Rochester, NY 14606