# EXHIBIT 2

Page 1 of 1

Greece Police Department — Field Interview Form

| 1 Location | 2. Sector | 3. Mo | Day | Year | Time | 4. CR # |
|---|---|---|---|---|---|---|
| Stone Rd./ Almay Rd. | 4 | 03 | 17 | 2014 | 2010 hrs | 14-016001 |

**5 Context of FIF**
1. Drugs  4. Robbery  7. Forgery  10. Arson  13. Gambling  16. Known Offender  19. Other
2. Intelligence  5. Sex Offense  8. Weapons  11. Murder  14. Organized Crime  17. Suspicious Person
3. Burglary  6. Gang Activity  9. Officer Safety  12. Public Order  15. Alcohol Offense  18. Suspicious Vehicle

Context #'s: 17, 2

**6 Source of FIF**
1. Informant  2. Relative  3. First Hand  4. Hearsay  5. Police Officer  6. Other Agency  7. Phone  8. Other

Source #'s: 3, -

**7 Evaluation of Information**
1. Confirmed  2. Probable  3. Doubtful  4. Improbable  5. Unknown

Evaluation #: 1

**8 Status of Information**
1. Founded  2. Unfounded  3. Undetermined

Status #: 1

**9 Evaluation of Source (if any)**
1. Reliable  2. Usually Reliable  3. Unreliable  4. Unknown

Evaluation #: 1

**10 Name of Person #1:** Matthew D. King
**Address:** ▮Sunset St. Rochester, NY 14606
**DOB:** ▮1983

| Sex | Race | Height | Weight | Hair Color | Hair Length | Eyes | Facial Hair | Ethnicity | Moris # |
|---|---|---|---|---|---|---|---|---|---|
| M | W | 5'8 | 190 | blonde | short | blue | none | - | 337725 |

**Clothing, Distinguishing Jewelry:** registered sex offender
**Physical Oddities:** -
**Moniker / Alias:** -
**Place of Birth:** -
Parole ☐  Probation ☒
**Alien:** -
**Car Position (if any):** Driver

**Name of Person #2:** ▮
**Address:** ▮
**DOB:** ▮1996

| Sex | Race | Height | Weight | Hair Color | Hair Length | Eyes | Facial Hair | Ethnicity | Moris # |
|---|---|---|---|---|---|---|---|---|---|
| M | W | 5'8 | 130 | brown | med | brown | x | - | ▮ |

**Clothing, Distinguishing Jewelry:** -
**Physical Oddities:** -
**Moniker / Alias:** -
**Place of Birth:** -
Parole ☐  Probation ☐
**Alien:** -
**Car Position (if any):** -

**11 VEH**

| Year | Make | Model | Type | Color | Plate # | State | Interior Color |
|---|---|---|---|---|---|---|---|
| 1990 | Oldsmobile | Regency | 4 door | red | ▮ | NY | tan |

Exterior: 1.- 2.- 3.- 4.-
Windows: 1. Dark Tinted  2. Reflective  3. Damaged
Driver Front: -  Passenger Front: -  Driver Rear: -  Passenger Rear: -
Other Identifying Marks / Characteristics: -

**12 Narrative:**
R/o observed the listed vehicle sitting in a parking lot near Perry's Pizza on the corner of Stone Rd. and Almay Rd. R/o observed a male wearing dark clothing walk South bound on Almay and get into the passenger side of said vehicle. Said male was in the vehicle for approximately 10 minutes. The male then exited the vehicle and walked back down Almay Rd. The listed vehicle pulled out of the parking lot and made a left hand turn to head West bound on Stone Rd. Said vehicle failed to signal said turn and R/o effected a traffic stop of said vehicle at 1400 Stone Rd. R/o learned the driver to be Matthew (P1). Matthew provided a NYS DL (client ID ▮) and a US Air force Id. Matthew originally stated he was coming from his sister's house on Latta Rd. and looking for an LA Fitness. Matthew stated he had come straight from Latta Rd. and had not made any stops along the way. R/o then asked why he was parked at Stone Rd. and Almay Rd. Matthew stated he was just there to meet a friend named ▮ (P2). Matthew states he used to work for Hillside and befriended ▮ through his employment. Matthew states he had not seen ▮ in a while so he just wanted to catch up with him. R/o notes ▮ has a prior for Robbery 2nd. Matthew has a prior for Criminal Sex Act 3rd (Victim <17). According to probation documents, Matthew is not allowed to have unsupervised contact with minors less than 17.

**Reporting Officer & IBM #:** Ofc David D'Aurello #1346
**Car:** 812c
**Sector:** 4
**Supervisors Review / Approval & IBM #:** Sgt Joseph C. Roberts #1325
**XC To:**