IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-vs-

**ORDER**

13-CR-6159-FPG

MATTHEW D. KING,

Defendant.

---

On March 25, 2014 the government filed a motion to revoke the defendant's release order. (Docket # 17).

Following argument at the motion hearing held on March 27, 2014, the defendant was detained as being a danger to the community. The government's motion to revoke the defendant's release order is granted. (Docket #17).

**IT IS SO ORDERED.**

_____
HON. JONANTHAN W. FELDMAN
U.S. Magistrate Judge

Dated:  Rochester, NY
        March 28, 2014